Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Matthew T. Theriault (SBN 244037)
MTheriault@InitiativeLegal.com
Mark P. Pifko (SBN 228412)
MPifko@InitiativeLegal.com
Jamie R. Greene (SBN 249355)
JGreene@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:   (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff Randall Baker

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| RANDALL BAKER, individually, and on behalf of other members of the general public similarly situated,<br><br>                  Plaintiff,<br><br>        vs.<br><br>BIG LOTS STORES, INC., an Ohio corporation; PNS STORES, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | Case No.:  2:08-cv-01450 GAF (FMO)<br><br>**FOURTH AMENDED COMPLAINT**<br><br>(1)  Violation of California Labor Code §§ 201 and 202 (Wages Not Paid Upon Termination);<br><br>(2)  Violation of California Labor Code § 204 (Failure to Pay Wages);<br><br>(3)  Violation of California Labor Code § 226.7(a) (Denial of Rest Periods);<br><br>(4)  Violation of California Business & Professions Code §§ 17200, et seq.<br><br>**DEMAND FOR JURY TRIAL** |

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.     This Court had original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331-1332.  Plaintiff alleged, on information and belief, that the aggregate amount in controversy for this class action exceeded five million dollars ($5,000,000.00) exclusive of interest and costs, that the proposed class is greater than one-hundred (100) members, and that any one plaintiff is a citizen of a state different from that of any defendant.  See Class Action Fairness Act ("CAFA"), Pub. L. 109-2, 119 Stat. 4 (2005).  The Court maintains supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) and (b) because Defendants maintain offices, have agents and are licensed to and do transact business in this district.

## THE PARTIES

3.     Plaintiff RANDALL BAKER (hereinafter "BAKER" or "Plaintiff") is a resident and citizen of Tulare County in the State of California.

4.     Defendant BIG LOTS STORES, INC. was and is, upon information and belief, incorporated in, headquartered in, and a citizen of the State of Ohio, and at all times hereinafter mentioned, an employer whose employees are engaged throughout this county, the State of California, or the various states of the United States of America.

5.     Defendant PNS STORES, INC., was and is, upon information and belief, incorporated in and a citizen of the State of California, and at all times hereinafter mentioned, an employer whose employees are engaged throughout this county, the State of California, or the various states of the United States of America.

6.     Plaintiff is unaware of the true names or capacities of the

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   Defendants sued herein under the fictitious names DOES 1 through 10, but prays

2   for leave to amend and serve such fictitiously named Defendants once their

3   names and capacities become known.

4          7.     Plaintiff is informed and believes, and thereon alleges, that DOES 1

5   through 10 are the partners, agents, owners, shareholders, managers or

6   employees of BIG LOTS STORES, INC. and/or PNS STORES, INC. and were

7   acting on behalf of BIG LOTS STORES, INC. and/or PNS STORES, INC.

8          8.     Plaintiff is informed and believes, and thereon alleges, that each and

9   all of the acts and omissions alleged herein was performed by, or is attributable

10   to, BIG LOTS STORES, INC. and/or PNS STORES, INC. and DOES 1 through

11   10 (collectively "Defendants"), each acting as the agent for the other, with legal

12   authority to act on the other's behalf.  The acts of any and all Defendants were in

13   accordance with, and represent, the official policy of Defendants.

14          9.     At all times herein mentioned, Defendants, and each of them,

15   ratified each and every act or omission complained of herein.  At all times herein

16   mentioned, Defendants, and each of them, aided and abetted the acts and

17   omissions of each and all the other Defendants in proximately causing the

18   damages herein alleged.

19          10.    Plaintiff is informed and believes, and thereon alleges, that each of

20   said Defendants is in some manner intentionally, negligently, or otherwise

21   responsible for the acts, omissions, occurrences, and transactions alleged herein.

22                        **GENERAL ALLEGATIONS**

23          11.    Defendants employed Plaintiff as a "Night Stocker/Merchandiser,"

24   which is a non-exempt or hourly paid position, from on or about November 2007

25   to on or about June 2008, at Defendants' Riverside County business locations.

26          12.    California Labor Code § 218 states that nothing in Article 1 of the

27   California Labor Code shall limit the right of any wage claimant to "sue

28   directly...for any wages or penalty due him [or her] under this article."

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

FOURTH AMENDED COMPLAINT

# FIRST CAUSE OF ACTION

## Violation of California Labor Code §§ 201 and 202

### Wages Not Paid Upon Termination

### (Against All Defendants)

13.     Plaintiff incorporates by reference and re-alleges as if fully stated herein the material allegations set out in paragraphs 1 through 12.

14.     At all times herein set forth, California Labor Code §§ 201 and 202 provide that if an employer discharges an employee, the wages earned and unpaid at the time of discharge are due and payable immediately, and that if an employee voluntarily leaves his or her employment, his or her wages shall become due and payable not later than seventy-two (72) hours thereafter, unless the employee has given seventy-two (72) hours previous notice of his or her intention to quit, in which case the employee is entitled to his or her wages at the time of quitting.

15.     During the relevant time period, Defendants willfully failed to pay Plaintiff his wages, earned and unpaid, either at the time of discharge, or within seventy-two (72) hours of his leaving Defendants' employ.

16.     Defendants' failure to pay Plaintiff his wages earned and unpaid at the time of discharge, or within seventy-two (72) hours of his leaving Defendants' employ, is in violation of California Labor Code §§ 201 and 202.

17.     California Labor Code § 203 provides that if an employer willfully fails to pay wages owed, in accordance with §§ 201 and 202, then the wages of the employee shall continue as a penalty from the due date, and at the same rate until paid or until an action is commenced; but the wages shall not continue for more than thirty (30) days.

18.     Plaintiff is entitled to recover from Defendants the statutory penalty for each day he were not paid, at his regular hourly rate of pay, up to a thirty (30) day maximum pursuant to California Labor Code § 203.

FOURTH AMENDED COMPLAINT

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

## SECOND CAUSE OF ACTION

### Violation of California Labor Code § 204

### Failure to Timely Pay Wages

### (Against All Defendants)

19.    Plaintiff incorporates by reference and re-alleges as if fully stated herein the material allegations set out in paragraphs 1 through 18.

20.    California Labor Code § 204 provides that all wages earned by any person in any employment between the 1st and the 15th days, inclusive, of any calendar month, other than those wages due upon termination of an employee, are due and payable between the 16th and the 26th day of the month during which the labor was performed.

21.    California Labor Code § 204 provides that all wages earned by any person in any employment between the 16th and the last day, inclusive, of any calendar month, other than those wages due upon termination of an employee, are due and payable between the 1st and the 10th day of the following month.

22.    California Labor Code § 204 provides that all wages earned for labor in excess of the normal work period shall be paid no later than the payday for the next regular payroll period.

23.    During the relevant time period, Defendants willfully failed to pay Plaintiff rest period premiums within any time period permissible by California Labor Code § 204.

24.    Plaintiff is entitled to recover all statutory penalties and remedies available for violations of California Labor Code § 204.

/ / /

/ / /

/ / /

/ / /

/ / /

FOURTH AMENDED COMPLAINT

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

# THIRD CAUSE OF ACTION

## Violation of California Labor Code § 226.7(a)

### Denial of Rest Periods

### (Against All Defendants)

25.     Plaintiff incorporates by reference and re-alleges as if fully stated herein the material allegations set out in paragraphs 1 through 24.

26.     At all times herein set forth, the California Industrial Welfare Commission Order and California Labor Code § 226.7(a) were applicable to Plaintiff's employment by Defendants.

27.     At all times herein set forth, California Labor Code § 226.7(a) provides that no employer shall require an employee to work during any rest period mandated by an applicable order of the California Industrial Welfare Commission.

28.     During the relevant time period, Defendants required Plaintiff to work in excess of four (4) hours without providing a ten (10) minute rest period.

29.     During the relevant time period, Defendants willfully required Plaintiff to work during rest periods.

30.     Defendants' conduct violates applicable Industrial Welfare Commission Wage Orders and California Labor Code § 226.7(a).

31.     Pursuant to California Labor Code § 226.7(b), Plaintiff is entitled to recover from Defendants one additional hour of pay at his regular rate of compensation for each work day that a rest period was not provided.

# FOURTH CAUSE OF ACTION

## Violation of California Business & Professions Code § 17200, et seq.

### (Against All Defendants)

32.     Plaintiff incorporates by reference and re-alleges as if fully stated herein the material allegations set out in paragraphs 1 through 31.

33.     Defendants' conduct, as alleged herein, has been, and continues to

FOURTH AMENDED COMPLAINT

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1  be, unfair, unlawful, and harmful to Plaintiff. Plaintiff seeks to enforce

2  important rights affecting the public interest within the meaning of Code of Civil

3  Procedure § 1021.5.

4    34.  Defendants' activities as alleged herein are violations of California

5  law, and constitute unlawful business acts and practices in violation of California

6  Business & Professions Code §§ 17200, et seq.

7    35.  A violation of California Business & Professions Code §§ 17200, et

8  seq. may be predicated on the violation of any state or federal law.

9    36.  Plaintiff has been personally injured by Defendants' unlawful

10  business acts and practices as alleged herein, including but not necessarily

11  limited to by the loss of money or property.

12    37.  Pursuant to California Business & Professions Code §§ 17200, et

13  seq., Plaintiff is entitled to restitution of the wages withheld and retained by

14  Defendants during a period that commences four years prior to the filing of this

15  complaint; a permanent injunction requiring Defendants to pay all outstanding

16  wages due to Plaintiff; an award of attorneys' fees pursuant to California Code of

17  Civil Procedure § 1021.5 and other applicable laws; and an award of costs.

### REQUEST FOR JURY TRIAL

19  Plaintiff requests a trial by jury.

### PRAYER FOR RELIEF

21  Plaintiff prays for relief and judgment against Defendants, jointly and

22  severally, as follows:

### As to the First Cause of Action

24    1.  For all actual, consequential and incidental losses and damages,

25  according to proof;

26    2.  For statutory penalties pursuant to California Labor Code § 203 for

27  Plaintiff;

28    3.  For reasonable attorneys' fees and for costs of suit incurred herein;

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   and

2       4.    For such other and further relief as the Court may deem equitable

3   and appropriate.

### As to the Second Cause of Action

5       5.    For all actual, consequential and incidental losses and damages,

6   according to proof;

7       6.    For statutory penalties pursuant to California Labor Code § 204 for

8   Plaintiff;

9       7.    For prejudgment interest on any untimely paid compensation, from

10  the date such amounts were due;

11      8.    For reasonable attorneys' fees and costs of suit incurred herein; and

12      9.    For such other and further relief as the Court may deem equitable

13  and appropriate.

### As to the Third Cause of Action

15      10.    For all actual, consequential, and incidental losses and damages,

16  according to proof;

17      11.    For wages pursuant to California Labor Code § 226.7(b);

18      12.    For reasonable attorneys' fees and costs of suit incurred herein; and

19      13.    For such other and further relief as the Court may deem equitable

20  and appropriate.

### As to the Fourth Cause of Action

22      14.    For restitution of unpaid wages to Plaintiff and prejudgment interest

23  from the day such amounts were due and payable;

24      15.    For the appointment of a receiver to receive, manage and distribute

25  any and all funds disgorged from Defendants and determined to have been

26  wrongfully acquired by Defendants as a result of violations of California

27  Business & Professions Code §§ 17200, et seq.;

28      16.    For reasonable attorneys' fees and costs of suit incurred herein that

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

FOURTH AMENDED COMPLAINT

1   Plaintiff is entitled to recover under California Code of Civil Procedure § 1021.5;

2       17.   For injunctive relief to ensure compliance with this section, pursuant

3   to  California Business & Professions Code §§ 17200, et seq.; and

4       18.   For such other and further relief as the Court may deem equitable

5   and appropriate.

6   Dated:  June 21, 2010                        Respectfully submitted,

7                                                Initiative Legal Group APC

8

9                                    By:_____

10                                       Gene Williams
                                         Matthew T. Theriault
11                                       Mark P. Pifko
                                         Jamie R. Greene

12                                       Attorneys for Plaintiff Randall Baker

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOURTH AMENDED COMPLAINT

1

## JURY DEMAND

Plaintiff hereby demands trial by jury on all issues triable of right by jury.

Dated:  June 21, 2010

Respectfully submitted,

Initiative Legal Group APC

By: _____

Gene Williams
Matthew T. Theriault
Mark P. Pifko
Jamie R. Greene

Attorneys for Plaintiff Randall Baker

FOURTH AMENDED COMPLAINT

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT**      )

**CENTRAL DISTRICT OFCALIFORNIA**   ) ss

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 1800 Century Park East, 2nd Floor, Los Angeles, California 90067.

On **June 22, 2010**, I served the document described as: **FOURTH AMENDED COMPLAINT** on the interested parties in this action by sending [ ] the original [or] [✓] a true copy thereof [✓] to interested parties as follows [or] [ ] as stated on the attached service list:

### SEE ATTACHED SERVICE LIST

[✓]   **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[ ]   **BY FAX:** I hereby certify that this document was served from Los Angeles, California, by facsimile delivery on the parties listed herein at their most recent fax number of record in this action.

[ ]   **BY PERSONAL SERVICE:** I delivered the document, enclosed in a sealed envelope, by hand to the offices of the addressee(s) named herein.

[ ]   **BY OVERNIGHT DELIVERY:** I am "readily familiar" with this firm's practice of collection and processing correspondence for overnight delivery. Under that practice, overnight packages are enclosed in a sealed envelope with a packing slip attached thereto fully prepaid. The packages are picked up by the carrier at our offices or delivered by our office to a designated collection site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed this **June 22, 2010** at Los Angeles, California.

Navid Zivari
Type or Print Name                                              Signature

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

1   David S. Bradshaw

2   Cary G. Palmer

3   Heath A. Havey

4   JACKSON LEWIS LLP

5   801 K Street, Suite 2300

6   Sacramento, CA 95814

Joel P. Kelly
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, CA 99017

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PROOF OF SERVICE